

|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>KARINA PIA LUCID, ESQ., LLC<br>1065 Route 22 W<br>Suite 2B<br>Bridgewater, New Jersey 08807<br>Tel:    (908) 350-7505<br>Email:  klucid@karinalucidlaw.com<br><br>Karina Pia Lucid, Esq.<br>*Counsel for the Debtor(s), Janice Prince* |
| In Re:<br><br>    Janice Prince, Debtor(s) |

**Order Filed on March 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 22-19400 (MBK)

Chapter 13

Hearing Date: 4/12/23 AT 9:00 am

ORAL ARGUMENT: REQUESTED, IF TIMELY OPPOSITION RECEIVED

### ORDER ON MOTION TO VACATE DISMISSAL
### 11 U.S.C. § 362(c)(3)(B)

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: March 23, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

)

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtor, Janice Prince (the "Debtor"), by and through their counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Continue the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. Dismissal is vacated until April 12, 2023, pending further review by the Judge.