Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19400−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janice Prince
   3003 Doolittle Drive
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−2124

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/5/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 7, 2023
JAN: wiq

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Janice Prince  
    Debtor

Case No. 22-19400-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 07, 2023      Form ID: 148      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice Prince, 3003 Doolittle Drive, Bridgewater, NJ 08807-3518 |
| 519774724 | + | Barclaysbk, 1007 Orange Street Suite 1541 Po Box 261, Wilmington, DE 19899-0261 |
| 519809408 | + | Patricia OBrien, 41 Mills Ave, Revere, MA 02151-1648 |
| 519835926 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519785842 | + | U.S. Bank Trust National Association, not in its i, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 519774729 | + | Vanderhaven Farm 1 Condominium Association, 380 Doolittle Drive, Bridgewater, NJ 08807-3560 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jul 07 2023 20:47:29 | KML Law Group PC, 701 Market Street #500, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: ECF@fayservicing.com | Jul 07 2023 20:52:00 | FAY SERVICING, 1601 LBJ FREEWAY, FARMERS BRANCH, TX 75243 |
| cr | ^ | MEBN | Jul 07 2023 20:47:39 | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Garden City, NY 11530-1666 |
| 519774721 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2023 20:58:18 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519774722 | + | EDI: BANKAMER.COM | Jul 08 2023 00:38:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519774723 | + | EDI: BANKAMER.COM | Jul 08 2023 00:38:00 | Bank Of America, N.A., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519888776 | + | EDI: IRS.COM | Jul 08 2023 00:39:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519774725 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 07 2023 20:53:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 519862237 | ^ | MEBN | Jul 07 2023 20:47:37 | Fay Servicing, LLC as Servicer for, U.S. Bank Trust N.A., c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 519774726 | + | Email/Text: ECF@fayservicing.com | Jul 07 2023 20:52:00 | Fayfinancial, 1601 LBJ Freeway, Farmers Branch, TX 75234-6512 |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 07, 2023 | Form ID: 148 | Total Noticed: 20

| Recip ID | Type | | Date | Name and Address |
|---|---|---|---|---|
| 519774727 | EDI: JPMORGANCHASE | | Jul 08 2023 00:39:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519826498 | ^ | MEBN | Jul 07 2023 20:46:53 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 519785842 | ^ | MEBN | Jul 07 2023 20:45:50 | U.S. Bank Trust National Association, not in its i, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519774728 | | Macyscbna |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com |
| John Anthony Monari | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association et al jmonari@pincuslaw.com, brausch@pincuslaw.com |
| Karina Pia Lucid | on behalf of Debtor Janice Prince klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5